H. RAE SCULL ROSECRANS, respondent,

*v.*

PAUL C. ROSECRANS, appellant.

[Decided October 19th, 1931.]

*Messrs. McCarter & English,* for the respondent.

*Messrs. Starr, Summerill & Lloyd,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *99 N. J. Eq. 176.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.